[No. 21994. Department Two. October 31, 1929.]

E. J. DUNSMOOR *et al.*, *Appellants*, v. NORTH COAST TRANSPORTATION COMPANY *et al.*, *Respondents.*[1]

*F. A. Latcham*, for appellants.
*Poe, Falknor, Falknor & Emory*, for respondents.

PER CURIAM.—This action arises out of the accident under consideration in the case of *Dunsmoor v. North Coast Transportation Co.*, *ante* p. 229, 281 Pac. 995. The evidence was substantially the same as it was in the cited case, and for the reasons there stated it will stand affirmed.